**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In Re:
    **Latashia Monique Surrey**　　　　　　　　　Case No.: **18−57061−pwb**
    　　　　　　　　　　　　　　　　　　　　　　Chapter: **13**
    　　　　　　　　　　　　　　　　　　　　　　Judge: **Paul W. Bonapfel**

## *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on <u>4/26/18</u>, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website <u>www.ganb.uscourts.gov</u>. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**To be filed by 05/03/18**
None Apply

**To be Filed by 05/10/18**
Chapter 13 Plan, complete with signatures (to be served by debtor's counsel, if applicable)

**To be filed by 05/26/18**
None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 4/27/18　　　　　　　　　　　　　　　　　　M. Regina Thomas
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Form 430b December 2017　　　　　　　　　　　　　By: Tamra Campbell
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk